THE GUARDIAN NEWS, INC.,

Vs.                                    Plaintiff(s)/Petitioner(s)

TOWN OF NORTH CASTLE, NEW YORK

Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                    )
                                                      ) SS
COUNTY OF WESTCHESTER                                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/21/2007 at 3:43PM, deponent did serve the within process as follows:

Process Served:

Party Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
TOWN OF NORTH CASTLE, NEW YORK                        (herein called recipient) therein named.

At Location: 15 BEDFORD ROAD

ARMONK NY

By delivering to and leaving with AMELIA DEFEO and that deponent knew the person so served to be the AUTHORIZED CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM   Color of Skin WH   Color of Hair BLACK
Age 67   Height 5'2"
Weight 110   Other Features

Sworn to before me on 5/23/2007

_Gail Williams_   _Gary Williams_
                  Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4605052
Qualified in Westchester County
Commission Expires September 30, 2010