UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------X  
GUARDIAN,

                      Plaintiff,

        - against -

CROTON,  
PELHAM,  
U.N. CASTLE

                      Defendant.  
-------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE  
TO A MAGISTRATE JUDGE**

07 Cv. 3805 (CLB) (GAY)  
07 Cv. 3813 (CLB) (GAY)  
07 Cv. 3811 (CLB) (GAY)

      The above entitled action is referred to the Hon. George A. Yanthis, United States Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Discovery

___ Specific Non-Dispositive Motion/Dispute:*  
_____  
_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ All purposes permitted by law

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose of _____

___ Habeas Corpus

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____  
_____

    All such motions: ____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York  
         September 4, 2007

                                      _____  
                                      United States District Judge